IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYAN KING,

    Plaintiff,

vs.                                                             No. 1:21-cv-00871-BRB-SCY

HERZOG TRANSIT SERVICES, INC., and
MILL CITY ENVIRONMENTAL CORPORATION,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF MILL CITY ENVIRONMENTAL CORPORATION
## AND HERZOG TRANSIT SERVICES, INC.

COME NOW the Plaintiff, Bryan King, by and through his counsel of record, David B. Joeckel, Jr., Defendant, Mill City Environmental Corporation, by and through its counsel of record, Butt Thornton & Baehr PC (Agnes Fuentevilla Padilla), and Defendant, Herzog Transit Services, Inc., by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP (Jessica D. Marshall), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of all causes of action brought, or which could have been brought, against Mill City Environmental Corporation and Herzog Transit Services, Inc., in the above styled cause, with prejudice.  All parties shall bear their own costs and fees.

                                            Respectfully submitted,

                                            BUTT THORNTON & BAEHR PC

                                            /s/ *Agnes Fuentevilla Padilla*
                                            Agnes Fuentevilla Padilla
                                            *Attorneys for Defendant*
                                            *Mill City Environmental Corporation*
                                            P.O. Box 3170
                                            Albuquerque, NM  87190-3170
                                            (505) 884-0777
                                            afpadilla@btblaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jessica D. Marshall*
Jessica D. Marshall
*Attorneys for Defendant*
*Herzog Transit Services, Inc.*
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113-1534
(505) 828-3600
jessica.marshall@lewisbrisbois.com

*/s/ David B. Joeckel, Jr.*
David B. Joeckel, Jr.
*Attorneys for Plaintiff*
500 Marquette Ave. NW, Suite 1200,
Albuquerque, NM 87102
(505) 503-4800

219 South Main Street, Suite 301
Fort Worth, TX 76104
(817) 924-8600
dbj@joeckellaw.com

I HEREBY CERTIFY that the foregoing Pleading was served via electronic mail through the CM/ECF Filing System, on this 13th day of January, 2022, to the following counsel of record:

David B. Joeckel, Jr., Esq.
The Joeckel Law Office
dbj@joeckellaw.com

Jessica D. Marshall
Lewis Brisbois Bisgaard & Smith LLP
jessica.marshall@lewisbrisbois.com

*/s/ Agnes Fuentevilla Padilla*
Agnes Fuentevilla Padilla